No. 595. LEWIS ET AL., TRADING AS M. G. LEWIS & SONS GARAGE, ET AL. *v.* STATE ROAD DEPARTMENT OF FLORIDA ET AL. Supreme Court of Florida. Certiorari denied. *Claude Pepper* for petitioners. *Ford L. Thompson,* for the Apalachicola-Northern Railroad et al., and *Bryan W. Henry* for the State Road Department of Florida, respondents.

No. 596. EMERLING *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied. *Michael J. Eberling* and *Ted A. Bollinger, Jr.* for petitioner. *Solicitor General Rankin, Acting Assistant Attorney General McLean* and *Beatrice Rosenberg* for the United States.

No. 598. GREENSHIELDS ET AL. *v.* WARREN PETROLEUM CORP. ET AL. C. A. 10th Cir. Certiorari denied. *Duke Duvall* for petitioners. *Reford Bond, Jr.* for the Great Western Drilling Co. et al., and *Warren M. Sparks* for the Warren Petroleum Corporation, respondents.

No. 599. EISENSCHIML *v.* FAWCETT PUBLICATIONS, INC. C. A. 7th Cir. Certiorari denied. *Elmer Gertz* and *Irwin S. Baskes* for petitioner. *Howard Ellis* and *Don H. Reuben* for respondent.

No. 600. NOEL ET AL., EXECUTORS, *v.* LINEA AEROPOSTAL VENEZOLANA. C. A. 2d Cir. Certiorari denied. *Harry Norman Ball* and *Joseph G. Feldman* for petitioners. *William J. Junkerman* for respondent.

No. 8, Misc. BUSH *v.* ELLIS, GENERAL MANAGER, TEXAS PRISON SYSTEM, ET AL. Court of Criminal Appeals